**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7264**

---

KENNETH FRANKLIN HUDDLESTON,

Plaintiff - Appellant,

versus

LEON DIXON,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-96-699-AM)

---

Submitted:  January 9, 1997          Decided:  January 23, 1997

---

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kenneth Franklin Huddleston, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C. § 1915 (1994), amended by Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the record and the district court's opinion and find no reversible error. Appellant, at most, alleges a disagreement with the prison doctors as to the course of medical treatment that he received. Such allegations are not cognizable under § 1983. See Wright v. Collins, 766 F.2d 841, 849 (4th Cir. 1985). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED